JASON R. MAIER, ESQ.
Nevada Bar No. 8557
Stephen G. Clough, Esq.
Nevada Bar No. 10549
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: 702.629.7900
Facsimile: 702.629.7925
E-mail: jrm@mgalaw.com
sgc@mgalaw.com

*Attorneys for Plaintiff Matthew J. Martin*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MATTHEW J. MARTIN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES RIVER INSURANCE COMPANY, a foreign corporation; DOES I-X; and ROE CORPORATIONS I-X, inclusive<br><br>Defendants. | Case No.: 2:18-CV-00985-APG-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANT'S MOTION TO DISMISS [ECF NO. 7]** |

Plaintiff MATTHEW J. MARTIN, by and through his counsel of record, the law firm MAIER GUTIERREZ & ASSOCIATES, and Defendant JAMES RIVER INSURANCE COMPANY, by and through its counsel of record, the law firms NEMECEK & COLE, PC and BREMER WHYTE BROWN & O'MEARA, LLP, hereby stipulate and agree, subject to the Court's approval, as follows:

1. On April 24, 2018, plaintiff filed his complaint in the Eighth Judicial District Court, County of Clark, Nevada [ECF No. 1];

2. On May 31, 2018, defendant filed a petition for removal of action under 28 U.S.C. Sec. 1441(b) [ECF No. 1];

3. Defendant filed a motion to dismiss [ECF No. 7] on June 7, 2018.

4. Plaintiff's response to the motion to dismiss is currently due on June 21, 2018.

5. It is hereby stipulated that plaintiff be permitted a two week extension of time to file a response to defendant's motion to dismiss, extending the filing deadline to July 6, 2018.

1

6. It is further stipulated that defendant be permitted a reciprocal extension of time to file its reply to plaintiff's response to defendant's motion to dismiss, extending the filing deadline for the reply to July 20, 2018

7. This is the first stipulation for extension of time to respond to the motion to dismiss [ECF No. 7].

IT IS RESPECTFULLY SUBMITTED, AGREED AND STIPULATED.

DATED this ____ day of June, 2018.   DATED this ___ day of June, 2018.

**MAIER GUTIERREZ & ASSOCIATES**    **NEMECEK & COLE**

*/s/ Stephen G. Clough*    */s/ Matthew J. Hafey*
JASON R. MAIER, ESQ.    MATTHEW J. HAFEY, ESQ.
Nevada Bar No. 8557    California Bar No. 167122 (pro hac vice)
STEPHEN G. CLOUGH, ESQ.    15260 Ventura Boulevard, Suite 920
Nevada Bar No. 10549    Sherman Oaks, CA 91403
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148    BREMER WHYTE BROWN & O'MEARA
*Attorneys for Plaintiff*    JOHN V. O'MEARA, ESQ.
    Nevada Bar No. 7467
    LUCIEN GRECO, ESQ.
    Nevada Bar No. 10600
    1160 N. Town Center Drive, Suite 250
    Las Vegas, Nevada 89144
    *Attorneys for Defendant*

## **ORDER**

IT IS SO ORDERED. The deadline for plaintiff to file a response to defendant's motion to dismiss is extended until July 6, 2018.

Dated: July 3, 2018.

_____
**UNITED STATES DISTRICT JUDGE**

2